THORLIEF HAGEN, Respondent, v. AMERICAN MACHINE AND FOUNDRY COMPANY, Appellant.— This action was brought to recover damages for personal injuries suffered by plaintiff, an electrician employed by the Weld Wire Company, by reason of the negligent starting, by an alleged employee of the defendant, of a certain machine manufactured by the defendant for the Weld Wire Company. By reason of the negligent starting plaintiff's hands were drawn into the gears of the machine, which was at that time undergoing tests by the defendant and upon which at the same time the wire company, plaintiff's employer, was doing electrical work. Implicit in the jury's verdict for $5,000 in favor of the plaintiff are findings supported by the evidence, (1) that the machine was negligently started by an employee of the defendant engaged at the time in defendant's business, paid by it and subject to its direction, and (2) that the plaintiff was free from contributory negligence. Judgment in favor of the plaintiff entered upon the verdict of a jury and order denying defendant's motion to set aside the verdict and grant a new trial, unanimously affirmed, with costs. (See Hagen v. American Machine & Foundry Co., 243 App. Div. 625.) Present — Lazansky, P. J., Young, Hagarty, Carswell and Taylor, JJ.

JESSICA L. HAWTHORNE and FREDERICK R. CRANE, as Agents of the Court to Execute the Unexecuted Trust Created by Indenture Bearing Date December 22, 1921, between GRACE H. SMITH and ORMOND G. SMITH, Appellants, v. GEORGE C. SMITH, JR., and JOHN S. ROGERS, as Executors, etc., of ORMOND G. SMITH, Deceased, STREET & SMITH PUBLICATIONS, INC., OVERLAND SERVICE CO., LTD., and DELAWARE SERVICE COMPANY, Respondents.— Judgment dismissing the complaint on the merits in an action for an accounting brought by plaintiffs, as agents of the court, to execute an unexecuted trust created by a trust indenture unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ. [159 Misc. 709.]

In the Matter of the Application of ELIZABETH NASSAUR DUNCAN, Respondent, for a Writ of Habeas Corpus to Bring up the Bodies of EDWARD PETER HITTI and GLORIA CLAIRE HITTI, Infants. ABRAHAM K. HITTI, Appellant.— In a habeas corpus proceeding brought by the mother to obtain from the father the custody of their two children, now living with their father in the city of Beirut, Syria, order directing that the father return the children to the custody of the mother in the United States affirmed, with ten dollars costs and disbursements, without prejudice to the appellant's moving to reopen the proceeding for consideration of all the facts upon compliance with the order from which the appeal is taken. The time for the return of the children to the custody of the petitioner is extended sixty days from the entry of the order hereon. Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ., concur.